UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 8:06-CV-166-T-17MAP

IN THE MATTER OF: COMPLAINT OF
R. CRAIG ADAMS, AS OWNER OF 48'
SEA RAY "ETERNAL OPTIMIST"
NO. 1111458, FOR EXONERATION FROM
OR FOR LIMITATION OF LIABILITY

_____

## ORDER DIRECTING ISSUANCE OF NOTICE

A Verified Complaint having been filed on January 30, 2006 by Plaintiff, R. CRAIG ADAMS, as Owner of 48' Sea Ray vessel ETERNAL OPTIMIST, No.1111458 (hereafter called "Vessel") praying for exoneration from or, alternatively, limitation of liability pursuant to 46 U.S.C. App. §§ 181-185 and § 188 and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, of the Federal Rules of Civil Procedure, on account of any loss, damage, injury, expenses or other claim arising out of an alleged October 21, 2004 incident, wherein CLARENCE HUELSMAN, SHELDON HAULK, and PASQUALE RICCIARDI were purportedly injured when the Vessel allegedly approached and collided with the vessel in which they were occupants (hereafter "Vessel 2").

AND the Verified Complaint having stated that the value of Plaintiff's interest in the vessel, and its pending freight, if any, at the end of such voyage does not exceed $350,000, as evidenced by the Bill of Sale of said vessel dated November 30, 2004,

AND Plaintiff having deposited with the Court, as security for the benefit of all claimants, an *ad interim* stipulation for value with an insurer not less than equal to the amount

or value of Plaintiff's interest in the Vessel and its pending freight, if any, in the sum of $350,000, costs in the amount of $250.00, with interest on that amount at six percent (6%) per year for two (2) years, executed by said surety, it is thereupon,

ORDERED AND ADJUDGED:

A notice shall be issued by the Clerk of this Court to all persons entitled to assert claims with respect to which the Verified Complaint seeks exoneration from or, alternatively, limitation of liability, admonishing them to file their respective claims with the Clerk of this Court in writing and to serve on Plaintiff's attorneys a copy of the notice on or before __March 13__, 2006 to be defaulted, and that if any claimant desires to contest either the right to exoneration from or limitation of liability, the claimant shall file and serve on Plaintiffs attorneys an answer to the Verified Complaint on or before that date, unless the claim included an Answer to the Verified Complaint so designated, or be defaulted.

2. The foregoing notice shall be published in __Sarasota Herald Tribune__ in accordance with Local Rule 5.2, and copies of the notice shall be mailed in accordance with Supplemental Rule F.

DONE AND ORDERED at Tampa, Florida this 9th day of __February__, 2006.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Copies furnished to

Hayden and Milliken, P.A.
Attorneys for Plaintiff
4923 S. West Shore Boulevard
Tampa, Florida 33611-3329

Shapiro, Goldman & Babboni
308 Cocoanut Avenue
Sarasota, Florida 34236

H:\18107\Pldg\Limitation Action\Order Directing Issuance of Notice 010406.wpd